STATE ex rel. OKLAHOMA BAR ASSOCIATION v. WIEHL
2022 OK 92
Case Number: SCBD-7359
Decided: 11/14/2022
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2022 OK 92, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

 

 

State of Oklahoma ex rel. Oklahoma Bar Association, Complainant,
v.
Ryan Steven Wiehl, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), forwarded to this Court certified copies of the following: (1) Information, charging Respondent with counts 1 and 2 Assault and Battery Upon A Police Officer, in violation of 21 O.S. § 64921 O.S. § 650.421 O.S. § 137821 O.S. § 64921 O.S. § 26821 O.S. § 64921 O.S. § 54021 O.S. § 64421 O.S. § 137821 O.S. § 64421 O.S. § 22Plea of No Contest; and (3) Order of Deferred Sentence in the State of Oklahoma v. Ryan Wiehl, in the District Court of Tulsa County, CF-2022-1953.

¶2 On October 18, 2022, Respondent entered a plea of no contest to the above-referenced crimes. The Court deferred sentencing for one (1) year on all counts until September 29, 2023, and ordered conditions for probation.

¶3 RGDP 7.3 provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, and in view of the prior conduct resulting in discipline, this Court orders that Ryan Steven Wiehl is immediately suspended from the practice of law. Ryan Steven Wiehl is directed to show cause, if any, no later than November 28, 2022, why this order of interim suspension should be set aside. See RGDP Rule 7.3. The OBA has until December 9, 2022, to respond.

¶4 Rule 7.2 of the RGDP provides that a certified copy of a plea of guilty, an order deferring judgment and sentence, or information and judgment and sentence of conviction "shall constitute the charge and be conclusive evidence of the commission of the crime upon which the judgment and sentence is based and shall suffice as the basis for discipline in accordance with these rules." Pursuant to Rule 7.4, Ryan Steven Wiehl has until December 28, 2022, to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining his conduct or by way of mitigating the discipline to be imposed upon him, submit a brief and/or any evidence tending to mitigate the severity of discipline. The OBA has until January 18, 2022, to respond.

¶5 DONE BY ORDER OF THE SUPREME COURT in conference on November 14, 2022.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.